No. 80–2194. CROATAN BOOKS, INC. *v.* VIRGINIA. Cir. Ct. Fairfax County, Va. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for certiorari and reverse the conviction.